ANDERSON, Circuit Judge, concurring:

As the opinion for the court points out, at the relevant time USAir had made a legitimate business decision not to maintain part-time positions. Plaintiff adduced no evidence to raise an issue of fact that part-time work for her was a reasonable accommodation in this particular work context. In light of this, plaintiff failed to carry her burden of identifying a reasonable accommodation. Stewart v. Happy Herman's Cheshire Bridge, Inc., 117 F.3d 1278, 1286 (11th Cir. 1997) (a plaintiff has the burden of proving that the accommodation identified by plaintiff is reasonable). Accordingly, I concur and join the opinion for the court.